United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 25, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-20906
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FEDERICO PEREZ, JR.,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-95-CR-142-43
--------------------

Before DeMOSS, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

Trude K. Scott, the attorney appointed to represent Federico Perez, Jr., on appeal, has requested leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Our review of counsel's brief and Perez's response and our independent review of the record show that there are no nonfrivolous issues for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

responsibilities, and the appeal is DISMISSED.  See 5TH CIR.

R. 42.2.

MOTION TO WITHDRAW GRANTED; APPEAL DISMISSED.